STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANKUR SHINGAL (CABN 303434)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7108
     FAX: (415) 436-7234
     Ankur.Shingal@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 21-mj-71759-MAG** |
| Plaintiff, | **[PROPOSED] DETENTION ORDER** |
| v. | |
| TIMOTHY MOUTINHO, | |
| Defendant. | |

On November 8, 2021, defendant Timothy Moutinho was charged by Complaint with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C); and being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

This matter came before the Court on December 9 and 13, 2021, for a detention hearing. The defendant was present and represented by Chief Assistant Federal Public Defender Candis Mitchell. Assistant United States Attorney Ankur Shingal appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention. The government also submitted a detention memorandum in support of detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of

1   conditions will reasonably assure the appearance of the person as required, and clear and convincing

2   evidence that no condition or combination of conditions will reasonably assure the safety of any other

3   person or the community.  Accordingly, the defendant must be detained pending trial in this matter.

4         The present order supplements the Court's findings and order at the detention hearing and serves

5   as written findings of fact and a statement of reasons as required by Title 18, United States Code,

6   Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its

7   conclusion:  with respect to the issue of non-appearance, the Court finds pertinent that Moutinho has

8   twice had his parole and probation revoked, that he fled from police prior to being arrested for the

9   charged offense, that the facts of his arrest after he was released from state custody indicate a risk of

10  flight, and that he has numerous pending criminal actions against him.  With respect to being a danger to

11  the community, the Court finds pertinent that Moutinho has a substantial criminal history, that he was

12  again arrested in the presence of guns and additional methamphetamine after being released from state

13  custody, and that there is a potential association between the charged firearm and a prior shooting.  This

14  finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file

15  a motion for reconsideration if circumstances warrant it.

16        Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

17        1.    The defendant be, and hereby is, committed to the custody of the Attorney General for

18  confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

19  sentences or being held in custody pending appeal;

20        2.    The defendant be afforded reasonable opportunity for private consultation with counsel;

21  and

22        3.    On order of a court of the United States or on request of an attorney for the government,

23  the person in charge of the corrections facility in which the defendant is confined shall deliver the

24  defendant to an authorized United States Marshal for the purpose of any appearance in connection with a

25  court proceeding.

26

27

28

1     IT IS SO ORDERED.

2

3   DATED:  December 13, 2021

4                                                          _____
                                                           HONORABLE JOSEPH C. SPERO
                                                           United States Chief Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28